# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, )<br>  )<br>  Plaintiff, )<br>  )<br> vs. )<br>  )<br> Janelle Joqua-Danyelle Clark, )<br>  )<br>  Defendant. ) | **PRETRIAL STATUS CONFERENCE**<br><br>Case No. 1:25-cr-225 |

The undersigned shall hold a pretrial status conference with counsel by telephone on April 23, 2026, at 9:15 AM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 10th day of March, 2026.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court